IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| SHERMAN WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-02279-STA-tmp |
| | ) | |
| J.E. DUNN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S RECOMMENDATION AND DENYING DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE

Before the Court is Defendant J.E. Dunn's Motion to Dismiss (ECF No. 14) for lack of personal jurisdiction, insufficient process, insufficient service of process, and failure to state a claim. The United States Magistrate Judge entered a report and recommendation on January 4, 2017, recommending that Defendant's Motion be denied without prejudice. Pursuant to Federal Rule of Civil Procedure 72, Defendant had fourteen (14) days from the service of the Magistrate Judge's report in which to file objections. Defendant did not object to the report, and the time for filing objections has now passed. Having reviewed the report and recommendation de novo, the Court hereby ADOPTS the Magistrate Judge's recommendation. Defendant's Motion to Dismiss is DENIED without prejudice to re-file.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: January 24, 2017